# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

MENARD, INC.,

    Plaintiff,

  v.

SKYLINE PALLETS SERVICE, INC.,
LETICIA MANCILLA and
AGUSTIN MANCILLA,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-086-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.


JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/16/08_____
Date